Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED 2 OCT '25 12:38 USDC-ORP

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Emmanuel Adeyinka | ) Case No. **3:25-CV-1797-SB** |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| | ) |
| Bottle Drop Redemption Center | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Emmanuel Adeyinka

Street Address     10505 North portland OR 97203

City and County

State and Zip Code     portland OR 97203

Telephone Number     281-904-1181

E-mail Address     Emmanuel.Adeyinka1480@gmail.com

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                  Bottle Drop Redemption Center

    Job or Title *(if known)*

    Street Address        1313 . powell . Blvd

    City and County

    State and Zip Code     Portland    OR . 97230

    Telephone Number     (877) 912 - 7019

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Emmanuel Adeyinka |
| Street Address | Bottle Drop. Redemption Center |
| City and County | portland    OR   97230 |
| State and Zip Code | |
| Telephone Number | . |

### II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

English - EEOC Form 5A (August 2023)

| | |
|---|---|
| **Personal Information** | First Name: Emmanuel    MI: A   Last Name: Adeyinka<br>Address: P.O. Box 2261    Apt.: _____<br>City: Portland    County: _____  State: OR  Zip Code: 97208<br>Phone: 281-904-1191  Home ☐  Work ☐  Cell ☑  Email: Emmanuel.Adeyinka1980@ gmail.co |
| **Who do you think discriminated against you?** | Employer ☑    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: Bottle Prop Redemption Center<br>Address: 1313 Powell Blvd    Suite: _____<br>City: Portland    State: OR Zip Code: 57230 Phone: _____ |
| **Why you think you were discriminated against?** | Race ☐   Color ☑   Religion ☐   Sex ☐   National Origin ☐   Age ☑   Pregnancy ☐<br>Disability ☐   Genetic Information ☐   Retaliation ☑  Other ☑ (*specify*) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: 6/27/2025<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate). The Inability or didn't have the ability to identified a pacific or specific a reason for her action and as a representative of the company oregon Bottle prop. and Case # Related In u.s. district court for the district of oregon 25-CV-1594 and 25-CV-1593 |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above.  I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: _____   Date: 9/8/25 |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    9/15/2055.

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/15/2025

**To:** Emmanuel A. Adeyinka
10505 North Portland Road R-18
PORTLAND, OR 97203
Charge No: 551-2025-05900

EEOC Representative and email:    LOGAN PAYNE
INVESTIGATOR SUPPORT ASSISTANT
LOGAN.PAYNE@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2025-05900.

On Behalf of the Commission

*Maurin Mate* for

Elizabeth M. Cannon

**Cc:**
BottleDrop Redemption Center
Mhughes@obrc.com
1313 Powell Blvd
PORTLAND, OR 97230


Please retain this Notice for your records.

**V. Relief**

Plaintiff, Emmanuel Adewale, asks the Court to order the following relief:

1. **Declaratory Relief**: A finding that Defendant, Bottle Drop Redemption Center, unlawfully terminated the Plaintiff on the basis of age (and other specified bases) in violation of the Age Discrimination in Employment Act (ADEA) and/or other relevant federal and state laws.
2. **Damages for Lost Wages and Benefits:**
   - An award of **Back Pay** in the amount of **$7,000.00** (representing lost wages and benefits from 6/27/2025 to the present date).
   - An award of **Front Pay** for future lost earnings and benefits, as reinstatement is not requested/is impractical, estimated to cover a **[State Time Frame, e.g., two-year]** period, in the amount of **$[Calculate a specific dollar amount, e.g., $18,000.00]** (calculated as the difference between Plaintiff's former and expected new compensation, discounted to present value).
   - An award of prejudgment interest on all back pay.
3. **Compensatory Damages for Emotional Distress:**
   - An award of **Compensatory Damages** for the emotional distress, pain, suffering, humiliation, and anxiety caused by the discriminatory termination, in the amount of **$[State a specific dollar amount, e.g., $50,000.00]**.
4. **Punitive Damages:**
   - An award of **Punitive Damages** against the Defendant for its willful and malicious conduct in terminating the Plaintiff, in the amount of **$[State a specific dollar amount, e.g., $100,000.00]**.
5. **Costs and Fees:**
   - An award of all costs and fees associated with this lawsuit

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/2/25

Signature of Plaintiff

Printed Name of Plaintiff    Emmanuel Adeyinka

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address